# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                        **DATE: 5/19/2022**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: FRANK GABLE**

**TITLE OF CASE:**

CHOI                                                       **CV22-2812(GC)**
v.
KEITH
_____

GRIPPI                                                     **CV22-2640(GC)**

v.
KEITH


**APPEARANCES:**
None.

**NATURE OF PROCEEDINGS:**
Oral Opinion re: [3] Motion for a Temporary Restraining Order in 22-2812 & re: [1] Application for a Temporary Restraining Order in 22-2640 read into the record.
Order motions denied.
Orders to follow.

**Time Commenced:** 2:00 p.m.
**Time Adjourned:** 2:18 p.m.
**Total Time:** 18 minutes

                                                        s/*Ann Dello Iacono*
                                                        **DEPUTY CLERK**